United States Bankruptcy Court

District of Nevada

AMANDA DEMBY SWIFT, AS LIQUIDATING TRUST,

    Plaintiff

VERITEXT, LLC,

    Defendant

Adv. Proc. No. 25-01065-abl

# CERTIFICATE OF NOTICE

| District/off: 0978-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 12, 2025 | Form ID: pdf930 | Total Noticed: 10 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Jason J. Thomas, SCHWARTZ LAW, PLLC, 601 EAST BRIDGER AVENUE, LAS VEGAS, NV 89101-5805 |
| pla | + | AMANDA DEMBY SWIFT, AS LIQUIDATING TRUSTEE OF THE, C/O SCHWARTZ LAW, PLLC, 601 EAST BRIDGER AVENUE, LAS VEGAS, NV 89101-5805 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion17.sf.ecf@usdoj.gov | Aug 13 2025 00:35:00 | DONNA LEE JENSEN, OFFICE OF THE UNITED STATES TRUSTEE, 235 PINE STREET, STE 700, SAN FRANCISCO, CA 94104-2759 |
| ust | + | Email/Text: jared.a.day@usdoj.gov | Aug 13 2025 00:35:00 | JARED A DAY, OFFICE OF THE U.S. TRUSTEE, 300 BOOTH STREET, #3009, RENO, NV 89509-1362 |
| ust | | Email/Text: John.Nemecek@USDOJ.GOV | Aug 13 2025 00:35:00 | JOHN W. NEMECEK, DOJ-UST, 301 NORTH MAIN STREET, STE 1150, WICHITA, KS 67202 |
| ust | + | Email/Text: USTPRegion17.RE.ECF@usdoj.gov | Aug 13 2025 00:35:00 | NICHOLAS STROZZA, 300 BOOTH ST RM 3009, RENO, NV 89509-1362 |
| ust | | Email/Text: cameron.m.gulden@usdoj.gov | Aug 13 2025 00:35:00 | CAMERON M. GULDEN, DOJ-UST, 300 BOOTH STREET, ROOM 3009, RENO, NV 89509 |
| ust | + | Email/Text: ustpregion17.sf.ecf@usdoj.gov | Aug 13 2025 00:35:00 | TRACY HOPE DAVIS, OFFICE OF THE U.S. TRUSTEE, 235 PINE ST #700, SAN FRANCISCO, CA 94104-2759 |
| ust | + | Email/Text: USTPRegion17.RE.ECF@usdoj.gov | Aug 13 2025 00:35:00 | WILLIAM B COSSITT, U.S. TRUSTEE'S OFFICE, 300 BOOTH ST, #3009, RENO, NV 89509-1360 |
| dft | | Email/Text: CSCBNC@cscglobal.com | Aug 13 2025 00:35:00 | VERITEXT, LLC, C/O CORPORATION SERVICE COMPANY, ATTN: OFFICER OR MANAGING/GENERAL AGENT, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808-1674 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | EOUST |
| ust | | LINDA EKSTROM STANLEY, NA, NA 0 |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

District/off: 0978-2                  User: admin                              Page 2 of 2
Date Rcvd: Aug 12, 2025               Form ID: pdf930                           Total Noticed: 10

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2025                 Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| GABRIELLE A. HAMM | on behalf of Plaintiff AMANDA DEMBY SWIFT  AS LIQUIDATING TRUSTEE OF THE ARUZE GAMING AMERICA LIQUIDATING TRUST ghamm@nvfirm.com, ecf@nvfirm.com |
| RYAN J. WORKS | on behalf of Defendant VERITEXT  LLC rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com |
| SAMUEL A. SCHWARTZ | on behalf of Plaintiff AMANDA DEMBY SWIFT  AS LIQUIDATING TRUSTEE OF THE ARUZE GAMING AMERICA LIQUIDATING TRUST saschwartz@nvfirm.com, ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com |

TOTAL: 3

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
August 12, 2025

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Gabrielle A. Hamm, Esq.
Nevada Bar. No. 11588
ghamm@nvfirm.com
Emily D. Anderson, Esq.
Nevada Bar. No. 13814
eanderson@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, Nevada  89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

*Attorneys for Amanda Demby Swift, as*
*Liquidating Trustee of the Aruze Gaming*
*America Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>ARUZE GAMING AMERICA, INC.,<br><br>            Debtor. | Case No.: 23-10356-ABL<br><br>Chapter 11 |
| AMANDA DEMBY SWIFT, as Liquidating Trustee of the Aruze Gaming America Liquidating Trust,<br><br>            Plaintiff,<br><br>vs.<br><br>VERITEXT, LLC,<br><br>            Defendant. | Adv. Proceeding No.: 25-01065-ABL<br><br><br><br><br><br><br><br>Hearing Date:   N/A<br>Hearing Time:  N/A |

1

**ORDER APPROVING STIPULATION BY AND BETWEEN
THE ARUZE GAMING AMERICA LIQUIDATING TRUST
AND VERITEXT, LLC FOR DISMISSAL WITH PREJUDICE**

The Court, having reviewed and considered the *Stipulation by and Between the Aruze Gaming America Liquidating Trust and Veritext, LLC for Dismissal with Prejudice* (the "**Stipulation**")[1] and good cause appearing,

**IT IS HEREBY ORDERED**:

1.      The Stipulation, attached hereto as **Exhibit 1**, is APPROVED.

2.      The Adversary Proceeding is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable under Rule 7041 of the Federal Rules of Bankruptcy Procedure.

3.      The Court shall retain jurisdiction with respect to all matters arising under or related to the interpretation, implementation, or enforcement of the Stipulation and this Order.

4.      The Stipulation and this Order shall be effective immediately upon entry of this Order.

**IT IS SO ORDERED**.

Prepared and submitted by:

**SCHWARTZ LAW, PLLC**

*/s/ Samuel A. Schwartz*
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Gabrielle A. Hamm, Esq.
Nevada Bar. No. 11588
Emily D. Anderson, Esq.
Nevada Bar No. 13814
601 East Bridger Avenue
Las Vegas, Nevada  89101

*Attorneys for Amanda Demby Swift, as
Liquidating Trustee of the Aruze Gaming
America Liquidating Trust*

---

[1]      All capitalized terms used herein shall have the meanings ascribed to them in the Stipulation.

2

# EXHIBIT 1

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Gabrielle A. Hamm, Esq.
Nevada Bar. No. 11588
ghamm@nvfirm.com
Emily D. Anderson, Esq.
Nevada Bar. No. 13814
eanderson@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, Nevada  89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

*Attorneys for Amanda Demby Swift, as*
*Liquidating Trustee of the Aruze Gaming*
*America Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 23-10356-ABL |
| ARUZE GAMING AMERICA, INC., | Chapter 11 |
| Debtor. | |
| AMANDA DEMBY SWIFT, as Liquidating Trustee of the Aruze Gaming America Liquidating Trust, | Adv. Proceeding No.: 25-01065-ABL |
| Plaintiff, | |
| vs. | |
| VERITEXT, LLC, | |
| Defendant. | Hearing Date:  N/A<br>Hearing Time:  N/A |

**STIPULATION BY AND BETWEEN THE ARUZE GAMING AMERICA**
**LIQUIDATING TRUST AND VERITEXT, LLC FOR DISMISSAL WITH PREJUDICE**

Amanda Demby Swift, as Liquidating Trustee (the "**Liquidating Trustee**") for the Aruze

Gaming America Liquidating Trust (the "**Liquidating Trust**"), in her capacity as plaintiff in the

above-captioned adversary proceeding (the "**Adversary Proceeding**") and Veritext, LLC

("**Veritext**" and together with the Liquidating Trust, the "**Parties**"), by and through their

1

undersigned counsel of record, hereby stipulate and agree as follows:

## **RECITALS**

A.     On January 30, 2025,  Liquidating Trustee commenced the Adversary Proceeding by filing a *Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547 and 550 and to Disallow Claim Pursuant to 11 U.S.C. § 502(d)* [Adv. ECF. No. 1] (the "**Complaint**") against Veritext.

B.     On May 9, 2025, Veritext filed its Answer to the Complaint [Adv. ECF No. 7].

C.     The Parties entered into that certain *Settlement Agreement and Release* dated as of July 24, 2025, which, among other things, resolved all claims asserted in the Adversary Proceeding and provides for dismissal of the Adversary Proceeding with prejudice.

## **STIPULATION**

NOW, THEREFORE, the Parties stipulate and agree, as follows:

1.     Upon entry of the order approving this Stipulation, the Adversary Proceeding shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable under Rule 7041 of the Federal Rules of Bankruptcy Procedure.

2.     The Court shall retain jurisdiction with respect to all matters arising under or related to the interpretation, implementation, or enforcement of the Stipulation and this Order.

3.     The Stipulation and this Order shall be effective immediately upon entry of this Order.

WHEREFORE, the Parties request that the Court enter an order, substantially in the form attached hereto as **Exhibit 1,** approving this Stipulation.

*[Signatures on following page]*

2

Dated: August 11, 2025.

**SCHWARTZ LAW, PLLC**

/s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Gabrielle A. Hamm, Esq.
Nevada Bar. No. 11588
Emily D. Anderson, Esq.
Nevada Bar No. 13814
601 East Bridger Avenue
Las Vegas, Nevada  89101

*Attorneys for Amanda Demby Swift, as
Liquidating Trustee of the Aruze Gaming
America Liquidating Trust*

**MCDONALD CARANO LLP**

/s/ Ryan J. Works
Ryan J. Works, Esq.
Nevada Bar No. 9224
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102

*Attorneys for Veritext, LLC*

3

# EXHIBIT 1

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Gabrielle A. Hamm, Esq.
Nevada Bar. No. 11588
ghamm@nvfirm.com
Emily D. Anderson, Esq.
Nevada Bar. No. 13814
eanderson@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, Nevada  89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

*Attorneys for Amanda Demby Swift, as*
*Liquidating Trustee of the Aruze Gaming*
*America Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 23-10356-ABL |
| ARUZE GAMING AMERICA, INC., | Chapter 11 |
| Debtor. | |
| AMANDA DEMBY SWIFT, as Liquidating Trustee of the Aruze Gaming America Liquidating Trust, | Adv. Proceeding No.: 25-01065-ABL |
| Plaintiff, | |
| vs. | |
| VERITEXT, LLC, | |
| Defendant. | Hearing Date:   N/A<br>Hearing Time:   N/A |

1

**ORDER APPROVING STIPULATION BY AND BETWEEN
THE ARUZE GAMING AMERICA LIQUIDATING TRUST
AND VERITEXT, LLC FOR DISMISSAL WITH PREJUDICE**

The Court, having reviewed and considered the *Stipulation by and Between the Aruze Gaming America Liquidating Trust and Veritext, LLC for Dismissal with Prejudice* (the "**Stipulation**")[1] and good cause appearing,

**IT IS HEREBY ORDERED**:

1. The Stipulation is APPROVED.

2. The Adversary Proceeding is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable under Rule 7041 of the Federal Rules of Bankruptcy Procedure.

3. The Court shall retain jurisdiction with respect to all matters arising under or related to the interpretation, implementation, or enforcement of the Stipulation and this Order.

4. The Stipulation and this Order shall be effective immediately upon entry of this Order.

**IT IS SO ORDERED**.

Prepared and submitted by:

**SCHWARTZ LAW, PLLC**

*/s/ Samuel A. Schwartz*
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Gabrielle A. Hamm, Esq.
Nevada Bar. No. 11588
Emily D. Anderson, Esq.
Nevada Bar No. 13814
601 East Bridger Avenue
Las Vegas, Nevada 89101

*Attorneys for Amanda Demby Swift, as
Liquidating Trustee of the Aruze Gaming
America Liquidating Trust*

---

[1] All capitalized terms used herein shall have the meanings ascribed to them in the Stipulation.

2